No. 1029. SOLA ELECTRIC Co. *v.* JEFFERSON ELECTRIC Co. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. Counsel are requested to discuss in their briefs and on the argument of this case (1) whether federal or state law applies, and (2) in the event that state law is held to govern, what the applicable state law is. *Messrs. Leslie W. Fricke, J. Bernhard Thiess,* and *Sidney Neuman* for petitioner. *Mr. Thomas H. Sheridan* for respondent.

No. 973. UNITED STATES EX REL. COY *v.* UNITED STATES ET AL. April 13, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is also granted. Counsel are requested to discuss whether the time for appeal to the Circuit Court of Appeals and for petition for certiorari to this Court are governed by the Rules in Criminal Cases, and, if not, what statute applies. *Messrs. A. Shelby Winstead* and *James E. Fahey* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for respondents.

No. 1083. C. J. HENDRY Co. ET AL. *v.* MOORE ET AL. See *ante,* p. 643.